FILED

April 26, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>v. )<br><br>ANDREW WILSON, )<br><br>Defendant. ) | CASE NUMBER: 2:07-cr-00524-GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Andrew Wilson</u>; Case <u>2:07-cr-00524-GEB</u> from

custody:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of _____

\_\_   Unsecured bond in the amount of

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond secured by Real Property

\_\_   Corporate Surety Bail Bond

\_X\_   (Other) <u>Defendant to be released to U.S. Probation at 8:00 AM on</u>

<u>4/27/2010.</u>

Issued at <u>Sacramento, CA</u> on <u>4/26/10</u> at <u>2:45 pm.</u>

By _____
Kendall J. Newman
United States Magistrate Judge