UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM AND ORDER

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              **RE:**    **Andrew Evan WILSON**
                                           **Docket Number: 2:07CR00524-02**
                                           **REQUEST TO CONTINUE**
                                           **DISPOSITIONAL HEARING**

Your Honor:

Per agreement with both counsel members, it is respectfully requested that the above-referenced case be continued from August 26, 2011, to November 18, 2011, at 9:00 a.m.

**REASON FOR CONTINUANCE:** On July 29, 2011, Mr. Wilson appeared before Your Honor and admitted to Charges 1 and 2 of the Violation Petition filed on July 12, 2011. The matter was continued to August 26, 2011, for a Dispositional Hearing.

We are requesting the matter be continued for 90 days to monitor and evaluate Mr. Wilson. How he performs in the next 90 days will assist us in determining an appropriate recommendation to the Court regarding his admitted violation conduct . At this time, Mr. Wilson is participating in treatment and drug testing. His performance thus far has been satisfactory; however, his history of continued drug use is concerning and we would like to wait and see if his current commitment to sobriety is sincere and enduring.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

RE:     Andrew Evan WILSON
        Docket Number:  2:07CR00524-02
        **REQUEST TO CONTINUE**
        **DISPOSITIONAL HEARING**


                        Respectfully submitted,


                        /s/ Kris M. Miura
                        **KRIS M. MIURA**
                        **United States Probation Officer**



**REVIEWED BY:**   /s/ Michael A. Sipe
                   **MICHAEL A. SIPE**
                   **Supervising United States Probation Officer**


Dated:      August 17, 2011
            Elk Grove, California
            KMM/cj


cc:     Clerk, United States District Court
        Michelle Rodriguez, United States Attorney's Office
        Dennis Waks, Federal Defender
        Probation Office


   X    Approved


**Dated:  August 19, 2011**

                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge